UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

BREVET CAPITAL SPECIAL OPPORTUNITES
MASTER FUND III, LP,

          CIVIL ACTION: 2:10-cv-04881
          (SRC) (MAS)

    Plaintiff,

-against-

RD LEGA FUNDING PARTNERS, LP; RD
LEGAL CAPITAL LLC; RONI DERSOVITZ;
GARVE W. IVEY, JR. P.C. d/b/a THE IVEY
LAW FIRM; and GARVE W. IVEY, JR.

    Defendants.

## ANSWER OF GARVE W. IVEY JR. P.C d/b/a THE IVEY LAW FIRM

1. This defendant denies the allegations of this paragraph directed to it. As to the allegations directed to the other defendants, no response from this defendant is appropriate.

2. This defendant can neither admit nor deny this allegation.

3. This defendant can neither admit nor deny this allegation.

4. This defendant can neither admit nor deny this allegation.

5. This defendant can neither admit nor deny this allegation.

6. Admitted.

7. Denied.

8. Without knowledge of paragraphs 2, 3, 4 and 5, this defendant can neither admit nor deny this allegation.

9. Without knowledge of paragraphs 2, 3, 4 and 5, this defendant can neither admit nor deny this allegation.

10. Admitted.

11. This defendant can neither admit nor deny this allegation.

12. This defendant can neither admit nor deny this allegation.

13. This defendant can neither admit nor deny this allegation.

14. This defendant can neither admit nor deny this allegation.

15. This defendant can neither admit nor deny this allegation.

16. This defendant admits the terms of the agreement but reserves the right to test the interpretations of law included in this allegation.

17. Admitted.

18. Admitted.

19. This defendant admits the terms of the agreement to which it was a party, but can neither admit or deny the relationship between the other parties.

20. This defendant admits the terms of the documents to which this defendant was a party, but reserves the right to test the interpretations of fact and law included in this allegation.

21. Denied.

22. This defendant admits that the schedules were true and accurate.

23. This defendant can neither admit nor deny this allegation.

24. This defendant can neither admit nor deny this allegation.

25. Denied as to this defendant. This defendant has never provided the plaintiff with any document of any description.

26. This defendant can neither admit nor deny this allegation.

27. This defendant can neither admit nor deny this allegation.

28. Denied.

29. Denied.

30. This defendant can neither admit nor deny this allegation.

31. This defendant can neither admit nor deny this allegation.

32. This defendant denies this allegation as it relates to it. As to the balance of the allegation, this defendant can neither admit nor deny this allegation.

33. This defendant can neither admit nor deny this allegation.

34. This defendant can neither admit nor deny this allegation.

35. This defendant can neither admit nor deny this allegation.

36. This defendant denies this allegation as it relates to it. As to the balance of the allegation, this defendant can neither admit nor deny this allegation.

37. This defendant can neither admit nor deny this allegation.

38. This defendant can neither admit nor deny this allegation.

39. This defendant can neither admit nor deny this allegation.

40. This defendant denies having committed or participating in any fraud. As to the balance of the allegation, this defendant can neither admit nor deny this allegation.

41. This defendant denies having committed or participating in any fraud. As to the balance of the allegation, this defendant can neither admit nor deny this allegation.

42. This defendant denies having committed or participating in any fraud. As to the balance of the allegation, this defendant can neither admit nor deny this allegation.

43. This defendant denies having committed or participating in any fraud. As to the balance of the allegation, this defendant can neither admit nor deny this allegation.

44. This defendant can neither admit nor deny this allegation.

45. This defendant can neither admit nor deny this allegation.

46. This defendant can neither admit nor deny this allegation.

47. This defendant denies having committed or participating in any fraud. As to the balance of the allegation, this defendant can neither admit nor deny this allegation.

48. This defendant denies having committed or participating in any fraud. As to the balance of the allegation, this defendant can neither admit nor deny this allegation.

49. This defendant denies having committed or participating in any fraud. As to the balance of the allegation, this defendant can neither admit nor deny this allegation.

50. This defendant denies having committed or participating in any fraud. As to the balance of the allegation, this defendant can neither admit nor deny this allegation.

51. This defendant denies having committed or participating in any fraud. As to the balance of the allegation, this defendant can neither admit nor deny this allegation.

52. This defendant denies having committed or participating in any fraud. As to the balance of the allegation, this defendant can neither admit nor deny this allegation.

53. No response is required to this paragraph.

54. This defendant can neither admit nor deny this allegation

55. Denied.

56. Denied as to this defendant.

57. Denied.

58. Denied.

59. Denied as to this defendant.

60. Denied as to this defendant

61. This defendant can neither admit nor deny this allegation

62. This defendant can neither admit nor deny this allegation

63. Denied as to this defendant.

64. No response is required as to this paragraph.

65. Denied as to this defendant

66. This defendant can neither admit nor deny this allegation

67. Denied.

68. Denied

69. Denied as to this defendant.

70. Denied as to this defendant.

71. No response is required as to this paragraph.

72. Denied as to this defendant.

73. Denied as to this defendant.

74. Denied as to this defendant.

75. Denied as to this defendant.

76. Denied as to this defendant.

77. Denied as to this defendant.

78. This defendant can neither admit nor deny this allegation

79. This defendant can neither admit nor deny this allegation

80. No response is required as to this paragraph.

81. This defendant can neither admit nor deny this allegation

82. This defendant denies having committed or participating in any fraud. As to the balance of the allegation, this defendant can neither admit nor deny this allegation

83. Denied as to this defendant.

84. Denied as to this defendant.

85. This defendant can neither admit nor deny this allegation

86. No response is required as to this paragraph.

87. This defendant can neither admit nor deny this allegation

88. This defendant can neither admit nor deny this allegation

89. This defendant can neither admit nor deny this allegation

90. This defendant denies having committed or participating in any fraud. As to the balance of the allegation, this defendant can neither admit nor deny this allegation

91. This defendant can neither admit nor deny this allegation

92. This defendant can neither admit nor deny this allegation

93. This defendant can neither admit nor deny this allegation

94. This defendant can neither admit nor deny this allegation

95. This defendant denies having committed or participating in any fraud. As to the balance of the allegation, this defendant can neither admit nor deny this allegation

96. No response is required as to this paragraph.

97. Denied

98. Denied.

99. Denied

100. Denied.

## Further Defenses

Having answered the allegations of the foregoing complaint, this defendant pleads further as follows;

1. This defendant denies each and every material allegation of the complaint not admitted above and demands strict proof thereof.

2. This defendant denies that it owes any duty to this plaintiff.

3. This defendant denies that it has in any wise participated in or furthered any act of fraud.

4. This defendant denies any contractual privity with this plaintiff.

5. Pending discovery this defendant reserves the right to test venue and jurisdiction of this action.

6. This defendant reserves the right to file such cross claims and third party claims against the co-defendants as may arise or be appropriate.

7. This defendant pleads that the loss, and all of it, is as a result of the acts and omissions of the co-defendants here.

8. This defendant reserves the right to plead such other defenses as may arise in the course of this action.

## JURY DEMAND

**TAKE NOTICE**, defendant Garve W. Ivey, Jr., demands a Trial by Jury.

**WHEREFORE**, defendant, Garve W. Ivey, Jr., demands Judgment as follows:

1) dismissing plaintiff's Complaint together with all attorney's fees and costs of suit , with prejudice; and

2) for such other and further relief as this Court may deem just and equitable.

## CERTIFICATION PURSUANT TO L. CIV. R. 11.2

I hereby certify that, to the best of my knowledge, this matter is not the subject of any other pending action pending in any Court or of any pending arbitration or administrative proceeding.

                        HACK, PIRO, O'DAY, MERKLINGER,
                        WALLACE & McKENNA


                        <u>/s/THOMAS M. MADDEN</u>
                        THOMAS M. MADDEN, ESQ.
                        Attorneys for Defendants,
                        Garve W. Ivey, Jr.,

Dated: December 6, 2010